to JUSTICE O'CONNOR, and by her referred to the Court, denied. Motion for leave to file petition for rehearing out of time denied.

No. 98–6440. VICKERS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL., 525 U. S. 1073. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Motion for leave to file petition for rehearing out of time denied.

MAY 17, 1999

No. 98–1240. LOVELACE v. VIRGINIA. Sup. Ct. Va. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Knowles* v. *Iowa,* 525 U. S. 113 (1998).

No. A–688. LINDOW v. UNITED STATES. Application for certificate of appealability, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–2022. IN RE DISBARMENT OF JACKSON. Disbarment entered. [For earlier order herein, see 525 U. S. 1100.]

No. D–2034. IN RE DISBARMENT OF TEW. Disbarment entered. [For earlier order herein, see 525 U. S. 1134.]

No. D–2036. IN RE DISBARMENT OF ATKIN. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2041. IN RE DISBARMENT OF MANNING. Disbarment entered. [For earlier order herein, see 525 U. S. 1135.]

No. D–2049. IN RE DISBARMENT OF MCGEE. Disbarment entered. [For earlier order herein, see *ante,* p. 1002.]

No. D–2052. IN RE DISBARMENT OF BAXTER. Disbarment entered. [For earlier order herein, see *ante,* p. 1014.]

No. D–2071. IN RE DISBARMENT OF WOOLFORK. Norris D. Woolfork III, of Orlando, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.